# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2866

_____

Michael Newhouse,                                *
                                                 *
                    Appellant,                    *
                                                 *
                                                 *    Appeal from the United States
         v.                                       *    District Court for the Western
                                                 *    District of Missouri.
Ford Motor Company,                              *
                                                 *    [UNPUBLISHED]
                    Appellee.                     *

_____

Submitted: November 30, 2001
Filed: December 13, 2001

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Michael Newhouse appeals the district court's[1] order granting Ford Motor Company's motion to enforce a settlement agreement. Because Newhouse failed to carry his burden to show that his attorney lacked authority to enter into the settlement, see Turner v. Burlington N. R.R. Co., 771 F.2d 341, 345-46 (8th Cir. 1985), we affirm the judgment of the district court. See 8th Cir. R. 47B. We deny appellee's pending motion as moot.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.